| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF FLORIDA |
| Case number *(if known)* _____  Chapter **7** |
| ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Precinct Restaurant, Inc.** |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **DBA  Avenue Eat & Drink** |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **27-2502107** |

| | | | |
|---|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **115 East Park Ave.** **Tallahassee, FL 32301** Number, Street, City, State & ZIP Code | **521 Beverly Street** **Tallahassee, FL 32301** P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Leon** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| **5.** | **Debtor's website** (URL) | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor **Precinct Restaurant, Inc.**      Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- ■ No.
- ☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ■ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

Debtor **Precinct Restaurant, Inc.**     Case number (*if known*) _____
   Name

**11. Why is the case filed in *this district*?**   *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
           Contact name _____
           Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

☐ Funds will be available for distribution to unsecured creditors.
■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Precinct Restaurant, Inc.**　　　　　　　　　　　　　　　Case number (*if known*)
　　　　Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 23, 2018**
　　　　　　　　MM / DD / YYYY

**X /s/ Christopher R. Clark**　　　　　　　　**Christopher R. Clark**
Signature of authorized representative of debtor　　Printed name

Title    **President**

**18. Signature of attorney**

**X /s/ Thomas B. Woodward**　　　　　　　Date **May 23, 2018**
Signature of attorney for debtor　　　　　　　　　MM / DD / YYYY

**Thomas B. Woodward 0185506**
Printed name

**Thomas B. Woodward**
Firm name

**Attorney at Law**
**P.O. Box 10058**
**Tallahassee, FL 32302**
Number, Street, City, State & ZIP Code

Contact phone  **850-222-4818**　　　Email address  **woodylaw@embarqmail.com**

**0185506 FL**
Bar number and State

| | | |
|---|---|---|
| Thomas B. Woodward<br>Thomas B. Woodward<br>Attorney at Law<br>P.O. Box 10058<br>Tallahassee, FL 32302 | DiBacco Distributors<br>P O Box 28346<br>Panama City, FL 32411 | Pepi Food Companies<br>165 Technology Drive<br>Dothan, AL 36303 |
| Precinct Restaurant, Inc.<br>521 Beverly Street<br>Tallahassee, FL 32301 | Eagle Phillips, LLC<br>D/B/A Uplyft Capitol<br>20200 W. Dixie Hwy<br>Miami, FL 33180 | Performance Food Group<br>211 Alton Hall Road<br>Cairo, GA 39828 |
| ADT Security<br>P O Box 371878<br>Pittsburgh, PA 15250 | Florida Dept of Revenue<br>Bankruptcy Section<br>P O Box 6668<br>Tallahassee, FL 32314 | Republic National Distibuting<br>9423 N. Main Street<br>Jacksonville, FL 32218 |
| Alsco<br>P O Box 2377<br>Tallahassee, FL 32316 | Frank E. Bankston, Jr., of Counsel<br>P O Box 239<br>Montgomery, AL 36101 | Seanico Enterprises, LLC<br>3600 Pointe Center Court, Ste. 200<br>Dumfries, VA 22026 |
| Bryan H  & Margaret M. Davidson<br>C/o J D Durant, Esq.<br>1407 Piedmont Drive East<br>Tallahassee, FL 32308 | H B Stivers, Esq.<br>245 East Virginia Street<br>Tallahassee, FL 32301 | Southern Seafood<br>1415 Timberlane Road, # 113<br>Tallahassee, FL 32312 |
| Can Capitol<br>C/o Vital Recovery Services, LLC<br>P O Box 923747<br>Norcross, GA 30010 | Internal Revenue Service<br>Centralized Insolvency<br>P O Box 7346<br>Philadelphia, PA 19101 | Sysco<br>1501 Lewis Industrial Drive<br>Jacksonville, FL 32254 |
| Century Link<br>P O Bos 1319<br>Charlotte, NC 28201 | J D Durant, Esq.<br>1401 Piedmont Drive East<br>Tallahassee, FL 32308 | Tallahassee Democrat<br>C/o Pucin & Friedland<br>21210 Erwin Street<br>CA 90367 |
| Chapman Produce<br>3436 Weems Road<br>Tallahassee, FL 32317 | JeanPaul Finch<br>C/o Ryan P. Molaghan , Esq.<br>909 East Park Ave.<br>Tallahassee, FL 32301 | United Fire & Casualty<br>C/o M D C Recovery, Inc.<br>14 Depot Street<br>Merrimack, NH 03054 |
| Cheney Brothers<br>2801 W Silver Springs Blvd<br>Ocala, FL 34475 | John Jones HAVC<br>P O Box 497<br>Havana, FL 32333 | |

# United States Bankruptcy Court
## Northern District of Florida

In re  **Precinct Restaurant, Inc.**  
                                Debtor(s)

Case No.  
Chapter  **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Precinct Restaurant, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| May 23, 2018 | /s/ Thomas B. Woodward |
| Date | **Thomas B. Woodward 0185506** |
| | Signature of Attorney or Litigant |
| | Counsel for **Precinct Restaurant, Inc.** |
| | **Thomas B. Woodward** |
| | **Attorney at Law** |
| | **P.O. Box 10058** |
| | **Tallahassee, FL 32302** |
| | **850-222-4818 Fax:1-844-741-5720** |
| | **woodylaw@embarqmail.com** |