## United States Bankruptcy Court
### Northern District of Florida

In re   **Precinct Restaurant, Inc.**                                   Case No.
                              Debtor(s)                                  Chapter    **7**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Christopher R. Clark**, declare under penalty of perjury that I am the **President** of **Precinct Restaurant, Inc.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 22 day of May 2018.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Christopher R. Clark, President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **7** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Christopher R. Clark, President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Christopher R. Clark, President** of this Corporation is authorized and directed to employ **Thomas B. Woodward 0185506**, attorney and the law firm of **Thomas B. Woodward** to represent the corporation in such bankruptcy case."

Date **May 22, 2018**                                        Signed  *Christopher R. Clark*
                                                                     Christopher R. Clark

Resolution of Board of Directors
of
**Precinct Restaurant, Inc.**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Christopher R. Clark, President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 7 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Christopher R. Clark, President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Christopher R. Clark, President** of this Corporation is authorized and directed to employ **Thomas B. Woodward 0185506**, attorney and the law firm of **Thomas B. Woodward** to represent the corporation in such bankruptcy case.

Date **May 22, 2018**   Signed _Christopher R. Clark_
                                Christopher R. Clark

Date _____   Signed _____