**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

IN RE:

**PRECINCT RESTARAUNT, INC.**               **CASE NO.: 18-40276**

    **Debtor.**
_____/

**NOTICE OF APPEARANCE & REQUEST FOR NOTICE**

    PLEASE TAKE NOTICE that Ethan Andrew Way, of ***WAY LAW FIRM, PA***, Post Office Box 10017, Tallahassee, Florida 32302, hereby enters his appearance as counsel in the above referenced matter on behalf of **JEFF W. STUMP,** a Creditor, in the above referenced case.

    In accordance with Bankruptcy Rule 2002, all parties are respectfully requested to serve copies of all documents of any nature filed by or with the Court, the Debtor, or any other party in interest, on the undersigned.

    RESPECTFULLY SUBMITTED this 23rd day of May 2018.

    **WAY LAW FIRM, PA**

    /s/ *Ethan Andrew Way*
    Ethan Andrew Way, B.C.S.
    Florida Bar Number: 148199
    Post Office Box 10017
    Tallahassee, Florida 32302
    Tel:   (850) 412-0142
    Fax:   (888) 274-7988
    e-mail: ethan@waylawfirm.com

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by electronic transmission to the parties registered on the CM/ECF system on the date this document was filed with the Court. *PLEASE NOTE: For verification of the date of service, please check the docket entry for this document.*

    /s/ Ethan Andrew Way
    Ethan Andrew Way, B.C.S.