Form defntc (Rev. 4/15)

# UNITED STATES BANKRUPTCY COURT
Northern District of Florida
Tallahassee Division

In Re: Precinct Restaurant, Inc.  
     dba Avenue Eat & Drink  
     Tax ID: 27–2502107  
     Debtor

Bankruptcy Case No.: 18–40276–KKS

Chapter: 7  
Judge: Karen K. Specie

## CLERK'S DEFICIENCY NOTICE

NOTICE IS GIVEN THAT you have failed to file and/or have not properly filed the following document(s) required by the court:

    Attorney Disclosure Statement due 06/06/2018  
    Schedule A/B due 06/06/2018  
    Schedule D due 06/06/2018  
    Schedule E/F due 06/06/2018  
    Schedule G due 06/06/2018  
    Schedule H due 06/06/2018  
    Schedule Declaration due 06/06/2018  
    Statement of Financial Affairs due 06/06/2018  
    Summary of Schedules due 06/06/2018

Please cure the above stated deficiencies by submitting the documents within the deadlines indicated for each document. All documents or amendments must be executed and acknowledged by the debtor and attorney of record. Failure to file all required documents, complete with signatures and/or declarations, may result in your case being dismissed.

Dated: May 24, 2018

FOR THE COURT  
Traci E. Abrams, Clerk of Court  
110 E. Park Ave., Ste. 100  
Tallahassee, FL 32301

Service: by the Court to all Parties in Interest