# Thomas Woodward

| | |
|---|---|
| **From:** | USBankruptcyCourts@noticingcenter.com |
| **Sent:** | Friday, May 25, 2018 1:48 PM |
| **To:** | woodylaw@embarqmail.com |
| **Subject:** | U.S. Bankruptcy Court, Northern District of Florida - Undeliverable Notice, In re: Precinct Restaurant, Inc., Case Number: 18-40276, KKS, Ref: [p-121330980] |
| **Attachments:** | B_P41840276b309c0020.PDF |

<u>Notice of Undeliverable Mail to Debtor/Debtor's Attorney</u>

May 26, 2018

From: United States Bankruptcy Court, Northern District of Florida

Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
   In re: Precinct Restaurant, Inc., Case Number 18-40276, KKS

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule.** THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) type or print legibly each updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

**U.S. Bankruptcy Court**
**Tallahassee**
**110 E. Park Ave., Ste. 100**
**Tallahassee, FL 32301**

Undeliverable Address:
Jeff W. Stump

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

4546 Jaspers Court South
Tallahassee, FL 32309

1

Undeliverable Address:
Tallahassee Democrat
C/o Pucin & Friedland
21210 Erwin Street
CA 90367

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

Tallahassee Democrat
277 N. Magnolia Drive, Tallahassee, FL 32301

_____    05-31-2018
Signature of Debtor or Debtor's Attorney                    Date

**The Bankruptcy Noticing Center does not respond to messages regarding bypass notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.**