UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:                                               CASE NO.:18-40276-KKS
PRECINCT RESTAURANT, INC.

                                                   CHAPTER  7

      Debtor(s).
_____/

## NOTICE OF FILING AMENDED SCHEDULE

Notice is hereby given of the Debtor's filing of Debtor's Amended Schedule

A?B: Assets - Real and Personal Property, as attached hereto,

I declare under penalty of perjury that I have read the foregoing Schedules,

and that they are true and correct to the best of my knowledge, information, and

belief.

Submitted this 9th day of July, 2018.


Precinct Restaurant, Inc.                      /S/ Thomas B. Woodward
                                         Thomas B. Woodward, Esq.
/S/ Christopher Clark                      Thomas Woodward Law Firm, PLLC
Its: President                                Attorney for Debtor
                                         FL Bar No.: 0185506
                                       P.O. Box 10058
                                       Tallahassee, FL 32302
                                       (850) 222-4818
                                       1-844-741-5720[Fax]
                                       woodylaw@embarqmail.com


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served upon those Parties on the attached Matrix by electronic filing and/or U.S. Mail this 9th day of July, 2018.

/S/ Thomas B. Woodward
P O Box 10058
Tallahassee, FL  32302

INTERESTED PARTIES MATRIX

Precinct Restaurant, Inc.
Case No 18-40276-KKS

Electronic Notice:

Office of the U S Trustee C/o
USTPRegion 21.TL.ECF@usdoj.gov

Theresa M. Bender, Trustee
tmbender7@yahoo.com

Ethan A. Way, Esq.
ethan@waylawfirm.com

Scott A. Snavely, Esq.
e-service@snavleylawfirm.com

U S Mail Notice:

| Fill in this information to identify the case: |
|---|

Debtor name   **Precinct Restaurant, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF FLORIDA

Case number (if known)   **18-40276**

■ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
■ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of
debtor's interest

3.    Checking, savings, money market, or financial brokerage accounts *(Identify all)*
      Name of institution (bank or brokerage firm)              Type of account              Last 4 digits of account
                                                                                              number

| | | | | |
|---|---|---|---|---|
| 3.1. | **Wells Fargo Bank** | **Checking/Operating** | | $0.00 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**                                                                                    | $0.00 |
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:    Deposits and Prepayments**

6. Does the debtor have any deposits or prepayments?

■ No. Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:    Accounts receivable**

10. Does the debtor have any accounts receivable?

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

| 11a. 90 days old or less: | 19,173.12 | - | 0.00 | = .... | $19,173.12 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| Debtor | **Precinct Restaurant, Inc.** | Case number *(If known)* **18-40276** |
|---|---|---|
| | Name | |

12. **Total of Part 3.**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$19,173.12

**Part 4:   Investments**

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:   Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** **20 boxes, Aprox 200** **various size wine** **glasses** **ADDED ITEM** | | Unknown | | $200.00 |

23. **Total of Part 5.**

Add lines 19 through 22. Copy the total to line 84.

$200.00

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:   Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No. Go to Part 8.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **Precinct Restaurant, Inc.**                                    Case number *(If known)* 18-40276
_____Name_____

## Part 8:    Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.   Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles | | | |
| 48.   Watercraft, trailers, motors, and related accessories *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49.   Aircraft and accessories | | | |
| 50.   Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)<br>**Waffel maker[broken], portable fryer[broken],<br>standup mixerr[broken]**<br>**ADDED Items** | **$0.00** | | **$0.00** |

| 51.   **Total of Part 8.**<br>Add lines 47 through 50.  Copy the total to line 87. | **$0.00** |
|---|---|

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

## Part 9:    Real property

**54. Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

## Part 10:    Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

## Part 11:    All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.
☐ Yes Fill in the information below.

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 3
Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor   **Precinct Restaurant, Inc.**                                    Case number *(If known)*  **18-40276**
         Name

---

| Part 12: | Summary |
| --- | --- |

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $19,173.12 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.**  *Copy line 23, Part 5.* | $200.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*..............................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $19,373.12 | + 91b.  $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $19,373.12 |

---

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 4

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy